458 F.2d 1361
 C. C. WATSON, as Next Friend of Duran Eugene Watson, a
minor, et al., Plaintiffs-Appellees,
v.
C. W. THOMPSON, Superintendent of Pittsburg County Line
Consolidated Independent School District, et al.,
Defendants-Appellants.
 No. 71-1478.
 United States Court of Appeals,
Fifth Circuit.
 May 19, 1972.
 
 L. E. Bell, Jr., Pittsburg, Tex., for defendants-appellants.
 W. C. Hancock, Pittsburg, Tex., for plaintiffs-appellees.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of the district court, 321 F.Supp. 394, is vacated and the cause is remanded for further proceedings not inconsistent with Karr v. Schmidt, 5 Cir., 1972, 451 F.2d 1023 (En Banc).
 
 
 2
 Vacated and remanded with direction.